**752 SUPREME SITTING OF THE ORDER OF THE IRON HALL vs. CIRCUIT JUDGE (Wayne), No. 13643.**

To compel respondent to vacate an order reinstating a judgment.

Granted October 3, 1893, with costs.

A judgment had been entered against relator in default of

plea. Relator moved to vacate the same, and the motion was granted on terms. The terms were not complied with, and the court, upon application, reinstated the judgment. Relator afterwards moved to vacate the same, which motion was denied.